**FILED & ENTERED**

**APR 14 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Fisher    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Maxim Law LLC<br><br><br><br><br>Debtor(s). | Case No.: 1:15-bk-11127-MT<br><br>CHAPTER 7<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO EMPLOY COUNSEL**<br><br>Date:         May 13, 2015<br>Time:        11:00 a.m.<br>Courtroom:  302 |

On April 1, 2015, Maxim Law LLC ("Debtor") filed a voluntary chapter 7 bankruptcy petition. The Debtor's petition reflects that Debtor is not represented by counsel. Pursuant to Local Bankruptcy Rule 9011-2(a) a corporation, partnership, limited liability company, or any other unincorporated association, or a trust must be represented by counsel in order to file a bankruptcy petition.

**IT IS THEREFORE HEREBY ORDERED** that an Order to Show Cause hearing will be held at the above date, time, and place for a determination of whether the Debtor is eligible for bankruptcy protection, and for a further determination whether Debtor's case should be dismissed.

1 **IT IS FURTHER ORDERED** that objections, if any, to the above shall be in writing and filed with the Court on or before May 4, 2015. Any objections not filed and served may be deemed waived.

###

Date: April 14, 2015

Maureen A. Tighe
United States Bankruptcy Judge