United States Bankruptcy Court
Central District of California

In re:  
Maxim Law LLC  
      Debtor

Case No. 15-11127-MT  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0973-1 | User: admin | Page 1 of 1 | Date Rcvd: Apr 14, 2015 |
|---|---|---|---|
| | Form ID: pdf042 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2015.
db              +Maxim Law LLC,    3940 Laurel Canyon Blvd Ste 115,    Studio City, CA 91604-3709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2015 at the address(es) listed below:
        Amy L Goldman (TR)    gabriela.garcia@lewisbrisbois.com, agoldman@ecf.epiqsystems.com
        United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                   TOTAL: 2

**FILED & ENTERED**

APR 14 2015

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Fisher    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Maxim Law LLC<br><br><br><br>Debtor(s). | Case No.: 1:15-bk-11127-MT<br><br>CHAPTER 7<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO EMPLOY COUNSEL**<br><br>Date:        May 13, 2015<br>Time:       11:00 a.m.<br>Courtroom:  302 |

On April 1, 2015, Maxim Law LLC ("Debtor") filed a voluntary chapter 7 bankruptcy petition. The Debtor's petition reflects that Debtor is not represented by counsel. Pursuant to Local Bankruptcy Rule 9011-2(a) a corporation, partnership, limited liability company, or any other unincorporated association, or a trust must be represented by counsel in order to file a bankruptcy petition.

**IT IS THEREFORE HEREBY ORDERED** that an Order to Show Cause hearing will be held at the above date, time, and place for a determination of whether the Debtor is eligible for bankruptcy protection, and for a further determination whether Debtor's case should be dismissed.

-1-

**IT IS FURTHER ORDERED** that objections, if any, to the above shall be in writing and filed with the Court on or before May 4, 2015. Any objections not filed and served may be deemed waived.

###

Date: April 14, 2015

Maureen A. Tighe
United States Bankruptcy Judge