| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeff S. Yanuck, SBN 169441<br><br>15233 Ventura Blvd, Suite 1200<br>Sherman Oaks, CA 91403<br>Telephone: (310) 918.4343<br>Facsimile: (818) 995-4031<br>E-mail: jeffyanuckca@gmail.com<br><br><br><br>*Attorney for:* | FILED<br>APR 29 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:               Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Maxim Law, LLC**<br><br><br>Debtor(s).<br><br><br>Plaintiff(s),<br>vs.<br><br><br><br>Defendant(s). | CASE NO.:**1:15-bk-11127-MT**<br><br>ADVERSARY NO:<br>(*if applicable*)<br><br>CHAPTER: 7<br><br><br><br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney (*specify*): **Maxim Law LLC**

2. The name, address, telephone number, and email address of the new attorney are (*specify*): Jeff S. Yanuck, 15233 Ventura Blvd, Suite 1200 Sherman Oaks, CA 91403

3. New attorney hereby appears in the following matters: ☒ the bankruptcy case ☐ the adversary proceeding

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. (*Specify name of present attorney*): **Adolfo Ruiz for Maxim Law LLC**

Date: 4/28/15

_____
Signature of party
**Adolfo Ruiz for Maxim Law LLC**
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: _____

_____ IN PRO PER
Signature of present attorney

**Adolfo Ruiz for Maxim Law LLC**
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 4/28/15

_____
Signature of new attorney
**Jeff S. Yanuck**
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): __**Substituion of Attorney**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeff S. Yanuck on behalf of Debtor Maxim Law, LLC

Amy Goldman Chapter 7 Trustee
Gabriella.garcia@Lewisbrisbois.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Trustee Corps
17100 Gillette Ave,
Irvine, CA 92614

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 4/28/15, served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy
Honorable Maureen Tighe
United States Bankruptcy Court, Central District of California 21041 Burbank Blvd. Suite 302
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28, 2015 | Romel Bowens | |
|---|---|---|
| Date | Printed Name | Signature |