**FILED & ENTERED**

MAY 29 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Maxim Law LLC<br><br><br><br>Debtor(s). | Case No.: 1:15-bk-11127-MT<br><br>CHAPTER 7<br><br>**ORDER DISMISSING CASE PURSUANT TO ORDER TO SHOW CAUSE**<br><br>Date:    May 13, 2015<br>Time:    11:00 AM<br>Courtroom: 302 |

On May 13, 2015, the Court held a hearing on an Order to Show Cause Why this Case Should not be Dismissed for Failure to Employ Counsel (doc. no. 7).  No appearance was made on behalf of Debtor.  For the reasons stated on the record, and for good cause appearing,

**IT IS HEREBY ORDERED** that this case is DISMISSED.

###

.

Date: May 29, 2015

*[signature]*
Maureen A. Tighe
United States Bankruptcy Judge

-1-