United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 15-11127-MT
Maxim Law LLC                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: jcetulioC          Page 1 of 1          Date Rcvd: May 29, 2015
                              Form ID: pdf042          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2015.
db         +Maxim Law LLC,    3940 Laurel Canyon Blvd Ste 115,    Studio City, CA 91604-3709
aty        +Jeff S Yanuck,    15233 Ventura Blvd Ste 1200,    Sherman Oaks, CA 91403-2266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2015 at the address(es) listed below:
              Amy L Goldman (TR)    gabriela.garcia@lewisbrisbois.com, agoldman@ecf.epiqsystems.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 2

FILED & ENTERED

MAY 29 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

In re:

Maxim Law LLC

Debtor(s).

Case No.: 1:15-bk-11127-MT

CHAPTER 7

**ORDER DISMISSING CASE PURSUANT TO ORDER TO SHOW CAUSE**

Date:    May 13, 2015
Time:    11:00 AM
Courtroom: 302

On May 13, 2015, the Court held a hearing on an Order to Show Cause Why this Case Should not be Dismissed for Failure to Employ Counsel (doc. no. 7). No appearance was made on behalf of Debtor. For the reasons stated on the record, and for good cause appearing,

**IT IS HEREBY ORDERED** that this case is DISMISSED.

###

.

Date: May 29, 2015

Maureen A. Tighe
United States Bankruptcy Judge

-1-