**FILED & ENTERED**

JUL 06 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Maxim Law LLC<br><br><br><br><br><br>Debtor(s). | Case No.: 1:15-bk-11127-MT<br><br>CHAPTER 7<br><br>**ORDER SETTING HEARING ON DEBTOR'S *EX PARTE* MOTION FOR RECONSIDERATION OF MOTION TO VACATE ORDER DISMISSING DEBTOR'S CHAPTER 7 CASE**<br><br>Date:    July 22, 2015<br>Time:    11:00 a.m.<br>Courtroom:    302 |

On April 1, 2015, Maxim Law, LLC ("Debtor") filed pro se a facesheet chapter 7 petition. On April 14, 2015, the Court issued an Order to Show Cause re Dismissal for Failure to Employ Counsel (the "OSC"). On April 29, 2015, Debtor substituted in attorney Jeffrey S. Yanuck as counsel of record. The OSC was not, however, vacated. On May 13, 2015, the Court held a hearing on the OSC. No appearance was made on behalf of Debtor and, for the reasons stated on the record, the case was dismissed.

//

On June 5, 2015, Debtor filed an *Ex Parte* Motion to Vacate Order Dismissing Debtor's Chapter 7 Case. On June 17, 2015, the Court entered an Order Denying *Ex Parte* Motion to Vacate Order Dismissing Debtor's Chapter 7 Case.

On June 26, 2015, Debtor filed an *Ex Parte* Motion for Reconsideration of Motion to Vacate Order Dismissing Debtor's Chapter 7 Case (the "Reconsideration Motion"). Having reviewed the Reconsideration Motion, the history of this case, and Debtor's previous filing, and for good cause appearing,

**IT IS HEREBY ORDERED** that a hearing will be held on **July 22, 2015 at 11:00 a.m.** in courtroom 302 of the United States Bankruptcy Court, Central District of California, San Fernando Valley Division at 21041 Burbank Boulevard, Woodland Hills, California 91367.

**IT IS FURTHER ORDERED** that Debtor's secretary and signator on the petition, Adolfo Ruiz, shall attend the hearing <u>in person</u>.

**IT IS FURTHER ORDERED** that opposition to the Reconsideration Motion, if any, shall be filed with the Court and served on Debtor and Debtor's counsel on or before July 15, 2015. Reply may be made orally at the hearing.

###

Date: July 6, 2015

Maureen A. Tighe
United States Bankruptcy Judge