United States Bankruptcy Court
Central District of California

In re:                                                                      Case No. 15-11127-MT
Maxim Law LLC                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: admin              Page 1 of 1              Date Rcvd: Jul 06, 2015
                              Form ID: pdf042          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2015.
db         +Maxim Law LLC,    3940 Laurel Canyon Blvd Ste 115,    Studio City, CA 91604-3709
aty        +Jeff S Yanuck,    15233 Ventura Blvd Ste 1200,    Sherman Oaks, CA 91403-2266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2015 at the address(es) listed below:
    Amy L Goldman (TR)    gabriela.garcia@lewisbrisbois.com, agoldman@ecf.epiqsystems.com
    Gail  Higgins    on behalf of Debtor    Maxim Law LLC ghigginse@aol.com
    United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                        TOTAL: 3

**FILED & ENTERED**

**JUL 06 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Maxim Law LLC<br><br><br><br><br>Debtor(s). | Case No.: 1:15-bk-11127-MT<br><br>CHAPTER 7<br><br>**ORDER SETTING HEARING ON DEBTOR'S *EX PARTE* MOTION FOR RECONSIDERATION OF MOTION TO VACATE ORDER DISMISSING DEBTOR'S CHAPTER 7 CASE**<br><br>Date:          July 22, 2015<br>Time:         11:00 a.m.<br>Courtroom:  302 |

  On April 1, 2015, Maxim Law, LLC ("Debtor") filed pro se a facesheet chapter 7 petition. On April 14, 2015, the Court issued an Order to Show Cause re Dismissal for Failure to Employ Counsel (the "OSC"). On April 29, 2015, Debtor substituted in attorney Jeffrey S. Yanuck as counsel of record. The OSC was not, however, vacated. On May 13, 2015, the Court held a hearing on the OSC. No appearance was made on behalf of Debtor and, for the reasons stated on the record, the case was dismissed.

//

-1-

On June 5, 2015, Debtor filed an *Ex Parte* Motion to Vacate Order Dismissing Debtor's Chapter 7 Case. On June 17, 2015, the Court entered an Order Denying *Ex Parte* Motion to Vacate Order Dismissing Debtor's Chapter 7 Case.

On June 26, 2015, Debtor filed an *Ex Parte* Motion for Reconsideration of Motion to Vacate Order Dismissing Debtor's Chapter 7 Case (the "Reconsideration Motion"). Having reviewed the Reconsideration Motion, the history of this case, and Debtor's previous filing, and for good cause appearing,

**IT IS HEREBY ORDERED** that a hearing will be held on **July 22, 2015 at 11:00 a.m.** in courtroom 302 of the United States Bankruptcy Court, Central District of California, San Fernando Valley Division at 21041 Burbank Boulevard, Woodland Hills, California 91367.

**IT IS FURTHER ORDERED** that Debtor's secretary and signator on the petition, Adolfo Ruiz, shall attend the hearing in person.

**IT IS FURTHER ORDERED** that opposition to the Reconsideration Motion, if any, shall be filed with the Court and served on Debtor and Debtor's counsel on or before July 15, 2015. Reply may be made orally at the hearing.

###

Date: July 6, 2015

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge

-2-